William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DEAN TUAN TRINH,<br>    Defendant. | Case No.:    **4:13-70642-MAG**<br><br>[ ~~PROPOSED~~ ] ORDER CONTINUING STATUS HEARING |

### ORDER CONTINUE STATUS HEARING

For good cause shown, IT IS HEREBY ORDERED that the following status hearing now set for June 25, 2013, at 9:30 a.m., before Magistrate Judge Ryu, is vacated, and a new hearing set for July 11, 2013, at 9:30 a.m., before Magistrate Judge Westmore. By stipulation, time is waived under the Speedy Trial Act through July 11, 2013.

SO ORDERED this __24__ day of June, 2013.

By: _/s/ Donna M. Ryu_____
Magistrate Judge Donna M. Ryu